# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KAREEN GEORGE

VERSUS

BYRON TERRY, TERRY TRUCKING,
LLC AND OOIDA RISK RETENTION
GROUP, INC.

NO.  2022 CW 1303

**MARCH 6, 2023**

---

In Re:    Kareen George, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 713726.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED WITH ORDER.** The trial court's September 19,
2022 judgment granting OOIDA Risk Retention Group, Inc.'s
exception of no right of action and dismissing OOIDA Risk
Retention Group, Inc. with prejudice is a final appealable
judgment. See La. Code Civ. P. art. 1915(A)(1). Therefore, the
writ application is granted, for the limited purpose of
remanding the case to the trial court with instructions to grant
relator, Kareen George, an appeal pursuant to the pleading that
notified the trial court of her intention to seek supervisory
writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (per
curiam). In the event plaintiff, Kareen George, seeks to appeal
the trial court's judgment, she shall submit an order for appeal
to the trial court within thirty days of this court's order.
Additionally, a copy of this court's order is to be included in
the appellate record.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_asD_

DEPUTY CLERK OF COURT
FOR THE COURT